IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| TYERIA MUSE, | |
| Plaintiff, | 1:13-cv-00340-WS-C |
| v. | |
| SALLIE MAE, INC., | |
| Defendant. | |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff Tyeria Muse and Defendant Sallie Mae, Inc. ("the Parties") hereby stipulate that this case has been resolved and is due to be dismissed WITH PREJUDICE pursuant to Federal Rule of Civil Procedure 41, each party to bear its own costs.

Respectfully submitted, this the 27th day of March, 2014.

THIS CERTIFIES THAT THE PARTIES HAVE AGREED TO THE ABOVE AND THAT JEREMIAH J. ROGERS WILL E-FILE THE FOREGOING ON THEIR BEHALF.

| FOR PLAINTIFF | FOR DEFENDANT |
|---|---|
| /s/ M. Brandon Walker | /s/ Jeremiah J. Rogers |
| M. Brandon Walker | Jeremiah J. Rogers (ASB-6782-E29R) |
| WALKER MCMULLAN, LLC | OGLETREE, DEAKINS, NASH, SMOAK |
| 242 West Valley Avenue, Ste. 312 | & STEWART, P.C. |
| Birmingham, AL 35209 | 420 20th Street North, Suite 1900 |
| Phone: 205.417.2541 | Birmingham, AL 35203-3212 |
| Fax: 1.800.671.9895 | Phone: 205.328.1900 |
| Brandonwalker014@gmail.com | Fax: 205.328.6000 |
| | Jeremiah.Rogers@ogletreedeakins.com |